IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD PASS and CAROLYN SILVERMAN,
on behalf of themselves and minor child, M.P.,

    Plaintiffs,

vs.                                            Case No. 14-cv-104 SCY/KK

STATE OF NEW MEXICO, EMILY KENNINGTON,
individually and in her official capacity, CITY OF BELEN,
and JOHN DOES 1-2, individually and in their official
capacity as City of Belen Police Officers,

    Defendants.

## FINAL JUDGMENT

    In accordance with the Memorandum Opinion and Order entered herewith, the Court dismisses the claims asserted against Defendant City of Belen with prejudice.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE